ANGELINA DEFINA, as Administratrix, etc., of PAUL DEFINA, Deceased, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Order reversed upon the facts, and motion denied, without costs, on the ground that it appears that plaintiff is a non-resident, and has brought the action against a foreign corporation, doing business in this State, for damages arising from an accident which happened in another State. Under such circumstances, we think plaintiff should not be granted a preference over other cases upon the calendar. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

HARVEY P. GOLDSTEIN, Respondent, v. GUS WAIBEL, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

LAVINIA LALLY, Respondent, v. EMILIE L. CRONEN, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

MARY MIRTO, an Infant, by JOSEPH MIRTO, Her Guardian ad Litem, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

HELEN D. MORGAN, Respondent, v. JESSIE M. RODERMOND, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Kelby, Young and Kapper, JJ., concur; Jaycox, J., not voting.

NEW YORK DOCK COMPANY, Appellant, v. NEW YORK AND PORTO RICO STEAMSHIP COMPANY and Others, Respondents, and HOWLAND TOWING & TRANSPORTATION CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAST REALTY COMPANY, Respondent, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1921.)— Order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.